**FILED**
**NOVEMBER 14, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEATRICE TUCKER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MOUNT SINAI HOSPITAL MEDICAL )<br>CENTER, an Illinois not-for-profit )<br>corporation, SINAI HEALTH SYSTEM, an )<br>Illinois not-for-profit corporation, ACCESS )<br>COMMUNITY HEALTH NETWORK, an )<br>Illinois not-for-profit corporation, and )<br>HYUNG-SHIK KANG, M.D., )<br>)<br>Defendants. ) | **07 C 6460**<br><br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE BROWN**<br><br>Formerly case No. 007 L 9129,<br>Circuit Court of Cook County, Illinois |

### NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT

To:  Clerk of the Court
     Circuit Court of Cook County
     Richard J. Daley Center, Room 801
     50 West Washington Street
     Chicago, Illinois 60602

     Law Offices of Bard S. Michl
     3013 S. Wolf Road,
     Suite # 191
     Westchester, Illinois 60154-5266

The United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233, and in support thereof states the following:

1.   On August 29, 2007, plaintiff Beatrice Tucker commenced the above civil action against Mount Sinai Hospital Medical Center of Chicago, a corporation; Sinai Health System, a corporation; Access Community Health Network, a corporation; and Hyung-Shik Kang, M.D., alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A.

2. Pursuant to the provisions of 42 U.S.C. § 233(c), the Attorney General, by and through his duly authorized designee, has found and certified that for purposes of this case, Access Community Health Network and Hung-Shik Kang, M.D. are federal employees who were acting within the scope of their employment with respect to the incidents referred to in the complaint. *See* Certification attached as Exhibit B.

3. Notice of removal may be filed without bond at any time before trial. Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 2679, this civil action is deemed an action against the United States and the United States is substituted as the sole federal party defendant in place of defendants, Access Community Health Network and Hung-Shik Kang, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois is properly removed to this court pursuant to 28 U.S.C. § 2679(d) and 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of Access Community Health Network and Hung-Shik Kang, M.D.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Patrick W. Johnson
 PATRICK W. JOHNSON
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 353-5327

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**NOTICE OF REMOVAL OF A CIVIL ACTION AND SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 14, 2007, to the following non-ECF filers:

| | |
|---|---|
| Law Offices of Bard S. Michl | Clerk of the Court |
| 3013 S. Wolf Road, | Circuit Court of Cook County |
| Suite # 191 | Richard J. Daley Center, Room 801 |
| Westchester, Illinois 60154-5266 | 50 West Washington Street |
| | Chicago, Illinois 60602 |

/s Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327