UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEATRICE TUCKER,              )<br>                                             )<br>         Plaintiff,                  )<br>                                             )<br>     v.                                    )<br>                                             )<br>UNITED STATES OF AMERICA, THE  )<br>MOUNT SINAI HOSPITAL MEDICAL   )<br>CENTER, an Illinois not-for-profit        )<br>corporation, and SINAI HEALTH SYSTEM, )<br> an Illinois not-for-profit corporation,    )<br>                                             )<br>         Defendant.               ) | No.  07 C 6460<br><br>Judge Gettleman |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.  See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Patrick W. Johnson
   PATRICK W. JOHNSON
   Assistant United States Attorney
   219 South Dearborn Street
   Chicago, Illinois 60604
   (312) 353-5327

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Attorney Designation**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 15, 2007, to the following non-ECF filers:

> Law Offices of Bard S. Michl
> 3013 S. Wolf Road
> Suite # 191
> Westchester, Illinois 60154

/s Patrick W. Johnson
_____

PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327