UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
NOV 20 2007
Nov. 20, 2007
Judge Robert W. Gettleman
United States District Court

JH

| | |
|---|---|
| DEATRICE TUCKER, ) | |
|     Plaintiff, ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA ) | |
| MOUNT SINAI HOSPITAL MEDICAL ) | |
| CENTER, an Illinois not-for-profit ) | |
| corporation, SINAI HEALTH SYSTEM, ) | Case No.: 07 C-6460 |
| an Illinois not-for-profit corporation, and ) | |
| ACCESS COMMUNITY HEALTH ) | |
| NETWORK, an Illinois not-for-profit ) | Formerly Case No.: 07 L-9129 |
| corporation, and HYUNG-SHIK KANG, M.D. ) | Circuit Court of Cook County, |
|     Defendants. ) | Illinois |

## MOTION TO WITHDRAW

NOW COMES **BARD S. MICHL**, the attorney of record for the Plaintiff, **DEATRICE TUCKER**, pursuant to Rule 13 of the Supreme Court Rules (S. CT. Rule 13), Rule 1.16 of the Illinois Rules of Professional Conduct (RPC 1.16) and Rule 1.4 of the Rules of the Circuit Court of Cook County, and moves this Honorable Court for leave of court to withdraw as the attorney of record for the Plaintiff, **DEATRICE TUCKER**, in the instant cause of action. In support thereof, **BARD S. MICHL** states as follows:

1. That the Plaintiff has refused to follow the advice of her attorney.

2. That differences have arisen between the Movant and the Plaintiff to such an extent that Movant will be unable to continue to represent the Plaintiff in these proceedings.

3. That the aforementioned conditions exemplify the substantial breakdown of the attorney/client relationship between the Plaintiff and her attorney.

1

4. That the Movant herein fears that he can no longer serve the best interests of the Plaintiff in this matter due to the aforementioned conditions.

5. That the last known address for the Plaintiff represented by Movant is as follows: 135 N. Mozart Street, Chicago, Illinois 60612-1917.

WHEREFORE, **BARD S. MICHL**, prays that this Honorable Court enter an order granting him leave of court to withdraw his appearance in the instant cause of action as attorney for the Plaintiff, **DEATRICE TUCKER.**

Respectfully submitted,

By: **BARD S. MICHL**
Attorney for the Plaintiff,
**DEATRICE TUCKER**

**THE LAW OFFICES OF BARD S. MICHL**
Attorney for the Plaintiff,
**DEATRICE TUCKER**
3013 S. Wolf Road, Suite #191
Westchester, Illinois 60154-5622
TEL: (708) 947-9181
FAX: (708) 947-9182
Attorney Code No.: 6186839