**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 2 0 2007

Nov. 20, 2007

JH

Judge Robert W. Gettleman
United States District Court

| | |
|---|---|
| DEATRICE TUCKER, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| MOUNT SINAI HOSPITAL MEDICAL ) | |
| CENTER, an Illinois not-for-profit ) | |
| corporation, SINAI HEALTH SYSTEM, ) | Case No.: 07 C-6460 |
| an Illinois not-for-profit corporation, ) | |
| ACCESS COMMUNITY HEALTH ) | |
| NETWORK, an Illinois not-for-profit ) | Formerly Case No.: 07 L-009129 |
| corporation, and ) | Circuit Court of Cook County, |
| HYUNG-SHIK KANG, M.D. ) | Illinois |
|     Defendants. ) | |

## NOTICE OF MOTION

To:   See attached List of Addressees

PLEASE TAKE NOTICE that on November 28, 2007 at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **ROBERT W. GETTLEMAN**, or whoever is sitting in his/her stead, in courtroom 1703 of the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present Plaintiff's **MOTION TO WITHDRAW**, a copy of which is attached hereto and served upon you.

by: _____
    BARD S. MICHL
    Attorney for the Plaintiff,
    DEATRICE TUCKER

## CERTIFICATE OF SERVICE

I, **BARD S. MICHL**, an attorney, hereby certifies under penalties of perjury as provided by law, that the above notice and any attached pleadings were (1) __X__ personally delivered, or (2) _____ transmitted via facsimile machine, or (3) _____ deposited in the U.S. Mail at Westchester, Illinois, with first class postage prepaid, to the above-captioned parties at the above-captioned addresses as set forth above, on or before 5:00 p.m. on November 20, 2007.

_____
BARD S. MICHL

## LIST OF ADDRESSEES:

1.  DEATRICE TUCKER
    135 N. Mozart Street
    Chicago, Illinois 60612-1917


2.  Jason A. Parson.
    ANDERSON, RASOR, & PARTNERS, LLP
    55 East Monroe Street
    Suite #3900
    Chicago, Illinois 60603


3.  Patrick W. Johnson
    Assistant United States Attorney
    PATRICK J. FITZGERALD
    United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604


**THE LAW OFFICES OF BARD S. MICHL**
Attorney for the Plaintiff,
DEATRICE TUCKER
3013 S. Wolf Road, Suite #191
Westchester, Illinois 60154-5622
(Tel):  (708) 947-9181
(Fax): (708) 947-9182
Attorney Code No.: 6186839