UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Deatrice Tucker
                                          Plaintiff,
v.                                        Case No.: 1:07−cv−06460
                                          Honorable Robert W. Gettleman
Mount Sinai Hospital Medical Center, et al.
                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

 MINUTE entry before Judge Robert W. Gettleman :Motion hearing held on 11/28/2007 regarding motion to withdraw as attorney[4] which is continued to 12/13/2007 at 09:15 a.m.Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.