U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 07 C-6460

Deatrice Tucker vs The United States of America, Mount Sinai
Hospital Medical Center of Chicago, Sinai Health System,
Access Community Health Network and Hyung-Shik Kang,
M.D.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mount Sinai Hospital Medical Center of Chicago and Sinai Health System

| NAME (Type or print) |
| --- |
| Jason A. Parson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/ Jason A. Parson |
| FIRM<br>Anderson, Rasor & Partners, LLP |
| STREET ADDRESS<br>55 E. Monroe Street, Suite 3650 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06200276 | TELEPHONE NUMBER<br>312-673-7812 |
| --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK    )

## CERTIFICATE OF SERVICE

I, Nancy Biber, a non-attorney on oath state that I caused a copy of the foregoing **APPEARANCE - FEDERAL COURT**, a copy which is served upon:

**ATTORNEY FOR PLAINTIFF**

Bard S. Michl
The Law Offices of Bard S. Michl
3013 S. Wolf Road
Suite 191
Westchester, IL 60154-5266

Deatrice Tucker
135 N. Mozart Street
Chicago, IL 60612-1917

**ATTORNEY FOR UNITED STATES**

Patrick J. Fitzgerald
United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

by depositing a copy of same into the U.S. mail chute located at 55 E. Monroe Street, Chicago, Illinois 60603, before the hour of 4:30 p.m. on this ___29___ day of November 29, 2007, with proper postage prepaid.

_____

Subscribed and Sworn to before me this __29__ day of November, 2007.

_____
Notary Public

ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe Street
Suite 3650
Chicago, IL 60603
(312) 673-7812
Atty No. 41529