# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Deatrice Tucker,                    )<br>                                     )<br>        Plaintiff,                   )<br>                                     )<br>            v.                       )<br>                                     )<br> Mount Sinai Hospital Medical        )<br> Center, an Illinois not-for-profit) )<br> corporation, Sinai Health System,   )<br> Access Community Health Network,    )<br> an Illinois corporation, and Hyung- )<br> Shik Kang, M.D.,                    )<br>                                     )<br>        Defendants.                  )<br>                                     ) | Case No. |

DECLARATION OF
MEREDITH TORRES

1. I am a Senior Attorney in the General Law Division, Office of the General Counsel, Department of Health and Human Services (the "Department"). I am familiar with the official records of administrative tort claims maintained by the Department as well as with the system by which those records are maintained.

2. The Department has a Claims Branch that maintains in a computerized database a record of administrative tort claims filed with the Department, including those filed with respect to federally supported health centers that have been deemed to be eligible for Federal Tort Claims Act malpractice coverage.

3. As a consequence, if a tort claim had been filed with the Department with respect to Access Community Health Network, its approved delivery sites, or its employees or qualified contractors, a record of that filing would be maintained in the Claims Branch's database.

-2-

4. I caused a search of the Claims Branch's database to be conducted and found no record of an administrative tort claim filed by Deatrice Tucker, or her authorized representative relating to the health center or Dr. Hyung-Shik Kang.

5. I have also reviewed official agency records and determined that Access Community Health Network was deemed eligible for Federal Tort Claims Act malpractice coverage effective July 1, 1997, and that its coverage has continued without interruption since that time. A copy of the notification by an Assistant Surgeon General, Department of Health and Human Services, to Access Community Health Network, is attached to this declaration as Exhibit 1.

6. Official agency records further indicate that Dr. Hyung-Shik Kang was an employee of Access Community Health Network at all times relevant to the Plaintiff's claim.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated at Washington, D.C., this 17th day of October, 2007.

MEREDITH TORRES
Senior Attorney, Claims and Employment Law Branch
General Law Division
Office of the General Counsel
Department of Health and Human Services

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' MOTION TO DISMISS FOR
FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**

was served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on December 10, 2007, to the following non-ECF filers:

Law Offices of Bard S. Michl
3013 S. Wolf Road,
Suite # 191
Westchester, Illinois 60154-5266

/s Patrick W. Johnson
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5327