# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6460 | **DATE** | 12/13/2007 |
| **CASE TITLE** | Deatrice Tucker    vs   Mount Sinai Hospital Medical Center, et al | | |

**DOCKET ENTRY TEXT:**

Motion [4] of Bard S. Michl to withdraw as counsel for plaintiffs is granted.
United States' motion [8] to dismiss is granted without prejudice.
This cause is ordered **remanded** to the Circuit Court of Cook County, Illinois.

[Docketing to mail notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|